THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES F. KENEHAN, Appellant, *v.* JOHN J. SCANNELL, as Fire Commissioner of the City of New York, Respondent.

*People ex rel. Kenehan* v. *Scannell,* 53 App. Div. 637, affirmed.
(Argued April 16, 1901; decided April 26, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered August 3, 1900, dismissing a writ of certiorari to review the proceedings of the defendant in removing the relator from the position of fireman in the Fire Department of the city of New York and affirming said proceedings.

*Louis J. Grant* for appellant.

*John Whalen, Corporation Counsel (Theodore Connoly* and *Terence Farley* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, LANDON and CULLEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM F. SHERLOCK, Appellant.

(Submitted April 15, 1901; decided April 26, 1901.)

Motion for reargument denied.    (See 166 N. Y. 180.)